**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 2:25-cv-12321-AH-KES                                    Date: March 9, 2026

Title: JAMES DAVID MABB v. VENTURA COUNTY SHERIFF'S DEPARTMENT

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why This Case Should Not Be Dismissed**

On December 23, 2025, James David Mabb ("Plaintiff") filed a pro se civil rights complaint against the Ventura County Sheriff's Department, a department of Ventura County ("Defendant"). ("Complaint" at Dkt. 1.) Along with the Complaint, Plaintiff filed a Request to Proceed In Forma Pauperis ("IFP"). ("Initial IFP Request" at Dkt. 3.)

Despite the Court granting the Initial IFP Request (Dkt. 5), Plaintiff has sent the Court an additional two applications to proceed IFP (Dkt. 7, 9), both of which the Court denied as moot (Dkt. 8, 10.) **Plaintiff need not send the Court any more IFP applications**, as his Initial IFP Request was granted, allowing him to proceed with his court fees waived.

However, the Court issued an Order Dismissing Plaintiff's Complaint Without Prejudice and with Leave to Amend on February 3, 2026, which required Plaintiff to file either a (1) First Amended Complaint, (2) Notice of Intent Not to File an Amended Complaint, or (3) Notice of Voluntary Dismissal by March 5, 2026. ("Dismissal Order" at Dkt. 6.) Plaintiff has not responded to the Dismissal Order by filing one of the aforementioned items, and his response is now overdue.

Accordingly, the Court orders Plaintiff to file a notice **by April 8, 2026**, explaining why this case should not be dismissed for failure to timely file a First Amended Complaint or other document responsive to the Court's Dismissal Order. Alternatively, Plaintiff can discharge this Order to Show Cause by filing a First Amended Complaint **by April 8, 2026**. If Plaintiff does not file anything with the Court in response to this Order to Show Cause, the Court may dismiss the case for failure to prosecute and/or failure to follow court orders.

Initials of Deputy Clerk jd