O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID MABB,<br>Plaintiff,<br>v.<br>VENTURA COUNTY SHERIFF'S DEPARTMENT,<br>Defendant. | Case No. 2:25-cv-12321-AH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 15). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 17) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered (1) dismissing Claims One through Three with prejudice, (2) dismissing Claim Four without prejudice as Heck barred, and (3) dismissing Claims Five and Six with prejudice for being time barred.

DATED: JULY 24, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE