JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES DAVID MABB,
Plaintiff,
v.
VENTURA COUNTY SHERIFF'S DEPARTMENT,
Defendant.

Case No. 2:25-cv-12321-AH-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action are dismissed. Claims One through Three are dismissed with prejudice, Claim Four is dismissed without prejudice as Heck barred, and Claims Five and Six are dismissed with prejudice for being time barred.

DATED: JULY 24, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE